UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRICE, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC NORTHWEST COMMUNITIES LLC ET AL , <br><br> Defendant. | CASE NO. 3:20-cv-06110-TL <br><br> ORDER |

Based on the stipulation of the Parties,

IT IS HEREBY ORDERED that this matter, including all of Plaintiff's claims against all Defendants in this action, are dismissed with prejudice and without fees or costs to any party.

IT IS SO ORDERED.

Dated this 24th day of January, 2022.

ORDER - 1


1

2

Tana Lin
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2